# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158908

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                       SC: 158908
                                                        COA: 340782
                                                        Wayne CC: 13-002503-FC

TONNIE A. JOHNSON,
        Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the November 16, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2019



t0115d

Clerk